IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, dba VERIZON WIRELESS,

        Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendants.

No. C 04-02534 SI

**ORDER TO SHOW CAUSE RE STAY**

On November 15, 2004, this Court signed the parties' stipulation to stay this action pending the Ninth Circuit's decision in the appeal of *MetroPCS v. CCSF,* 259 F.Supp. 1004 (N.D.Cal. 2003). The parties were ordered to submit a Joint Case Management Conference statement in this case within two weeks of the decision on appeal of the *MetroPCS* case.

The *MetroPCS* decision was issued in March, 2005, but the docket reflects no further activity in this case, save the filing of the related case notice in Case No. 05-4056 SI, pending between the parties.

The parties are **ORDERED TO SHOW CAUSE in writing, filed no later than June 16, 2006**, why this action should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 8, 2006

SUSAN ILLSTON
United States District Judge