BARRY W. LEE (State Bar No. 88685)
STEEFEL, LEVITT & WEISS
A Professional Corporation
One Embarcadero Center, 30th Floor
San Francisco, CA 94111-3719
Telephone:   (415) 788-0900
Facsimile:   (415) 788-2019
Email:       blee@steefel.com

Attorneys for Plaintiff
GTE Mobilnet of California Limited Partnership, a
California limited partnership dba Verizon Wireless

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GTE MOBILNET OF CALIFORNIA LIMITED PARTNERSHIP, a California limited partnership dba VERIZON WIRELESS,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; and THE BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendants. | Case No. C 04 02534 SI<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

///

///

///

///

///

///

///

///

///

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

18442:6513473.1                                                                                                                                          1

NOTICE IS HEREBY GIVEN that pursuant to the Court's June 8, 2006 Order To Cause Re Stay and Federal Rule of Civil Procedure 41(a), Plaintiff GTE Mobilnet of California Limited Partnership, dba Verizon Wireless, hereby voluntarily dismisses the above-captioned action without prejudice.

Dated: June 15, 2006

STEEFEL, LEVITT & WEISS
A Professional Corporation

By: _____
Harry W. Lee
Attorneys for Plaintiff
GTE Mobilnet of California Limited Partnership, a California limited partnership dba Verizon Wireless



IT IS SO ORDERED
Judge Susan Illston

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

18442:6513473.1

2

# PROOF OF SERVICE

I, Luana R. Washington, declare as follows:

I am employed in the City and County of Los Angeles, California. I am over the age of eighteen years and not a party to this action. My business address is STEEFEL, LEVITT & WEISS, 550 South Hope Street, Suite 2350, Los Angeles, California 90071. On June 15, 2006, I served the within:

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

on the interested parties in this action addressed as follows:

> William K. Saunders, Esq.
> Deputy City Attorney
> City and County of San Francisco
> City Hall, Suite 234
> 1 Dr. Carlton B. Goodlett Place
> San Francisco, CA 94102-4682

☐ **(BY MAIL)** By placing such document(s) in a sealed envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at Steefel, Levitt & Weiss, Los Angeles, California following ordinary business practice. I am readily familiar with the practice at Steefel, Levitt & Weiss for collection and processing of correspondence for mailing with the United States Postal Service, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

☒ **(BY PERSONAL SERVICE)** By causing such envelope to be delivered by hand, as addressed.

☐ **(BY FACSIMILE)** By placing such document for collection and transmission at Steefel, Levitt & Weiss, Los Angeles, California, to the facsimile numbers listed above. I am readily familiar with the practice of Steefel, Levitt & Weiss for collection and processing of facsimiles, said practice being that in the ordinary course of business, facsimiles are transmitted immediately after being placed for processing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that the foregoing is true and correct.

Executed on June 15, 2006, at Los Angeles, California.

*/s/ Luana R. Washington*
Luana R. Washington

6513509.1

PROOF OF SERVICE